UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Carol Pisani,
    Plaintiff

v.                                         C.A. No. 09-125S

General Motors Corporation,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 23, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED. Plaintiff's Complaint is hereby dismissed.

By Order,

_/s/ Wendy Duck_
Deputy Clerk

ENTER:

_/s/ William E. Smith_
William E. Smith
United States District Judge

Date: 4/30/09